No. 78–5424. ROCHE v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 78–5428. DENNY v. FOREMAN, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 78–5430. JENSEN v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 78–5432. HALL v. DIRECTOR, DEPARTMENT OF CORRECTIONS OF ILLINOIS. C. A. 7th Cir. Certiorari denied.

No. 78–5434. GARZA v. McCARTHY, MEN'S COLONY SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 78–5437. POSTON v. MORGAN-SCHULTHEISS, INC. Ct. App. N. C. Certiorari denied.

No. 78–5449. CONROY v. BOMBARD, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 78–5480. MANCILLAS ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 78–5493. BOHR v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 78–5502. SANDERS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 78–167. AMERICAN AIR FILTER CO., INC., ET AL. v. FEDERAL TRADE COMMISSION ET AL.;
No. 78–168. GOODYEAR TIRE & RUBBER CO. ET AL. v. FEDERAL TRADE COMMISSION ET AL.; and
No. 78–169. MILLIKEN & CO. v. FEDERAL TRADE COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE POWELL and MR. JUSTICE STEVENS took no part in the consideration or decision of these petitions. Reported below: 193 U. S. App. D. C. 300, 595 F. 2d 685.